# United States Court of Appeals
## For the First Circuit

No. 12-1780

UNITED STATES OF AMERICA,

Appellee,

v.

DENNIS LIRIANO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 4, 2014 is corrected as follows:

On page 3, footnote 2, lines 5 & 6, replace "July 2012, available at http://www.deadiversion.usdoj.gov/drug_chem_info/bzp/bzp.pdf" with "March 2014, available at http://www.deadiversion.usdoj.gov/drug_chem_info/bzp.pdf"